IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMANUEL WADE,

    Plaintiff,

v.

DAVE REDNOUR,

    Defendant.                                 No. 11-cv-387-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing case (Doc. 27), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and his claims are **DISMISSED with prejudice**.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                                BY:   s/*Sara Jennings*
                                          **Deputy Clerk**

**DATED:** March 12, 2014

Digitally signed by David R. Herndon
Date: 2014.03.12 09:30:17 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**